# AFFIDAVIT OF SERVICE

In the <u>United States District Court - Central District of Illinois</u>
(Name of Court)

<u>Carpenter's Fringe Benefit Fund of Illinois</u> vs. <u>Robert J. Unes dba R.J. Unes Construction</u>  <u>05-1300</u>
(Plaintiff/Petitioner)         (Defendant/Respondent)                  (Case #)

I, **Marcella Teplitz**, being first duly sworn, state that I am a citizen of the United States, over the age of 18, not a party to this action, a resident and Licensed Private Detective in the State of Illinois,

* That I served: <u>Robert J. Unes dba R.J. Unes Construction, Inc.</u>
* With Documents: <u>Summons and Complaint</u>
* By serving: <u>Robert J. Unes</u>
* Location of Service: <u>8010 N. Sommer Street, Peoria, Illinois</u>
* Date & Time of Service: <u>11-30-05  11:37 AM</u>
* Manner of Service: <u>Personal</u>

Thereafter copies of the documents were mailed by pre-paid, first class mail on _____
from _____ .                                         (Date)
     (City)          (State)

* Description of defendant at time of service: Approx. Age: <u>45 yrs.</u> Sex: <u>M</u> Race: <u>W</u>

* Comments: _____

_____
_____
_____

Marcella Teplitz       11/30/05
Signature              Date
License No. 115-001022

STATE OF ILLINOIS
                   ss.
COUNTY OF PEORIA

Signed and sworn to before me this
<u>6th</u> day of <u>December</u>, 2005.

Beverly J. Walker
NOTARY PUBLIC

"OFFICIAL SEAL"
BEVERLY J. WALKER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 08-09-2008