E-FILED
Friday, 13 January, 2006  09:56:07 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CASE NO.: 05-1300 |
| ROBERT J. UNES d/b/a R.J. UNES CONSTRUCTION, INC., ) ) ) | |
| Defendant. ) | |

## MOTION FOR DEFAULT AND ENTRY OF JUDGMENT

NOW COME Plaintiff, **Carpenters Fringe Benefit Funds of Illinois**, by its attorneys, HARVEY & STUCKEL, Chtd., and moves that the Court find the Defendant, **Robert J. Unes d/b/a R.J. Unes Construction, Inc.**, in default on the Complaint of the Plaintiff and in support thereof states the following:

1. By return of service made by Marcella Teplitz of Teplitz & Company, or her duly authorized agent, a copy of the Summons and Complaint was served upon the Defendant on November 30, 2005.

2. More than twenty (20) days has elapsed since service was effected upon the Defendant and no pleading, defense, or other appearance has been made by the Defendant in this cause.

3. The Defendant stands in default and the Court may enter an Order of Default in favor of the Plaintiff and against the Defendant.

WHEREFORE, Plaintiff, **Carpenters Fringe Benefit Funds of Illinois**, prays as follows:

A.  That the Court enter a Default against Defendant, **Robert J. Unes d/b/a R.J. Unes Construction, Inc.**, and in favor of Plaintiff, **Carpenters Fringe Benefit Funds of Illinois**.

B.  That pursuant to said Default, the Court enter the following Orders:

1.  An Order for a judgment in the amount of Thirteen Thousand Two Hundred Seventy-Four and 07/100 Dollars ($13,274.07); and

2.  An Order requiring payment of Plaintiff's reasonable attorneys' fees and costs incurred in the prosecution of this action in the amount of Eight Hundred Eighty-Nine and 00/100 Dollars ($889.00), as is further set forth in the Affidavit of Counsel attached hereto as Exhibit "1".

**Carpenters Fringe Benefit Funds of Illinois**, Plaintiff

BY:   s/ David W. Stuckel
      DAVID W. STUCKEL

**HARVEY & STUCKEL, CHTD.**
331 Fulton Street, Suite 650
Peoria, Illinois  61602
Telephone:  (309) 671-4900

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO.: 05-1300 ) |
| ROBERT J. UNES d/b/a R.J. UNES CONSTRUCTION, INC., | ) ) ) |
| Defendant. | ) |

## AFFIDAVIT OF DAVID W. STUCKEL

NOW COMES Affiant, **David W. Stuckel**, attorney of record for the Plaintiff herein, and having first been duly sworn on his oath, says and deposes as follows:

1. This Affidavit is made in support of a request for attorney's fees and costs in favor of Plaintiff and against the Defendant herein.

2. Attached hereto is an itemized statement of Plaintiff's counsel's fees and costs incurred in the prosecution of this suit.

3. I certify that the bill attached represents hours of time worked by Plaintiff's counsel in this cause and that the statement of costs is an accurate statement of the monies expended in the pursuit of this lawsuit.

4. The amounts shown as attorney's fees are based on the number of hours worked at One Hundred Fifty and 00/100 Dollars ($165.00) per hour, which is the fee customarily charged by this firm to Plaintiffs for collection work pursuant to the provisions of the Employee Retirement Income Security Act of 1974, as amended.


EXHIBIT 1

### FURTHER AFFIANT SAYETH NOT.

s/ David W. Stuckel<br>DAVID W. STUCKEL

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF PEORIA     )

I, **David W. Stuckel**, after first being duly sworn, upon oath, state and depose that I am the Affiant who signed the foregoing Affidavit; that I have read and understand same; and that I believe the same to be true and correct to the best of my memory, knowledge and ability.

s/ David W. Stuckel<br>DAVID W. STUCKEL

Subscribed and Sworn to before me this 13th day of January 2006.

s/ Tammy Lynn Fortier<br>NOTARY PUBLIC

OFFICIAL SEAL
TAMMY LYNN FORTIER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/08/09

**HARVEY & STUCKEL, CHTD.**
331 Fulton Street, Suite 650
Peoria, Illinois  61602
Telephone:  (309) 671-4900

RE:  Carpenters Fringe Benefit Funds
    vs. Robert J. Unes d/b/a R.J. Unes Construction, Inc.
    Case No.:  05-1300
    Our File No.:  16049L

## STATEMENT FOR SERVICES RENDERED

|            |                                                  | HOURS |
|------------|--------------------------------------------------|------:|
| 08/25/05   | Letter to Defendant                              | .30   |
| 10/04/05   | Letter to Fund office                            | .30   |
| 10/04/05   | Preparation of Complaint                         | 1.00  |
| 10/04/05   | Preparation of Summons and Civil Cover Sheet     | .50   |
| 01/12/06   | Preparation of Motion and Order of Default       | 1.00  |
| 01/12/06   | Preparation of Attorney's Affidavit              | .50   |

TOTAL HOURS               3.60

3.60 hours @ $165.00 per hour:   $594.00

**Costs Advanced:**
Clerk, USDC, Filing Fee           $250.00
Teplitz & Company, Service Fee      45.00

TOTAL COSTS:              $295.00

TOTAL DUE AND OWING:              $889.00