E-FILED
Friday, 13 January, 2006  09:56:45 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO.: 05-1300 ) |
| ROBERT J. UNES d/b/a R.J. UNES CONSTRUCTION, INC., | ) ) ) |
| Defendant. | ) |

# ORDER

On motion of Plaintiff, **Carpenters Fringe Benefit Funds of Illinois**, having represented to the Court that Defendant has not pleaded or otherwise appeared following service of the Summons and Complaint in the captioned cause, the Court finds as follows:

1. By return of service made by Marcella Teplitz of Teplitz & Company, or her duly authorized agent, a copy of the Summons and Complaint was served upon the Defendant on November 30, 2005.

2. More than twenty (20) days has elapsed since service was effected upon the Defendant, and Defendant has not pled or otherwise appeared in this cause.

3. Defendant stands in default on the Complaint of the Plaintiff.

**IT IS HEREBY ORDERED:**

A. An Order of Default is entered against the Defendant on the Plaintiff's Complaint for money damages.

B.  The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant in the amount of Thirteen Thousand Two Hundred Seventy-four and 07/100 Dollars ($13,274.07) as and for the balance known to be due on the Promissory Note to Plaintiff from Defendant for the period September 2002 through March 2004 as reflected in the Promissory Note and Installment Agreement.

C.  Defendants shall pay to Plaintiff its reasonable attorney's fees and costs in the amount of Eight Hundred Eighty-Nine and 00/100 Dollars ($889.00).

**DATED:**_____    _____
                                                                                JUDGE