E-FILED
Friday, 13 January, 2006  01:58:42 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CASE NO.:  05-1300 |
| ROBERT J. UNES d/b/a R.J. UNES CONSTRUCTION, INC., ) ) ) | |
| Defendant. ) | |

# CERTIFICATE OF SERVICE

TO:  Robert J. Unes d/b/a R.J. Unes Construction, Inc.
     8010 N. Sommer Street
     Peoria, IL 61615

The undersigned certifies that this Certificate of Service as well as the **Motion for Default and Entry of Judgment and a copy of the proposed Order of Default** were served upon all the parties of record in this cause by enclosing same in a properly addressed envelope, as set forth above, with postage prepaid, and by depositing said envelope in the U.S. Post Office mailbox in Peoria, Illinois, on **January 13, 2006**.

**Carpenters Fringe Benefit Funds of Illinois**, Plaintiff

By:   s/ J. Kevin Wolfe
      J. Kevin Wolfe for David W. Stuckel

**HARVEY & STUCKEL, CHTD.**
331 Fulton Street, Suite 650
Peoria, Illinois  61602
Telephone:  (309) 671-4900

F:\Tammy\ERISA\16049L\05-1300\Certificate.Service.wpd