**E-FILED**

Monday, 06 February, 2006  03:35:48 PM
Clerk, U.S. District Court, ILCD

# United States District Court

### Central District of Illinois

## JUDGMENT  IN A CIVIL CASE

**CARPENTERS FRINGE BENEFIT
FUNDS OF ILLINOIS**

vs.                                                    Case Number:    **05-1300**

**ROBERT J. UNES d/b/a R.J. UNES
CONSTRUCTION, INC.**

**DECISION BY THE COURT**.  This action came before the Court.  The issues have been  heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Default Judgment is entered in favor of the plaintiff and against the defendant.  Judgment is entered in favor of the plaintiff and against the defendant in the amount of Thirteen Thousand Two Hundred Seventy-four and 07/100 dollars ($13,274.07) as and for the balance known to be due on the Promissory Note to Plaintiff from Defendant for the period September 2002 thru March 2004 as reflected in the Promissory Note and Installment agreement. Defendants shall pay to the plaintiff's attorney's fees and costs in the amount of $889.00

ENTER this 6th day of February, 2006

s/John M. Waters
JOHN M. WATERS, CLERK

s/R. Knox

_____

BY:  DEPUTY CLERK

carp frin jgm.wpd