E-FILED
Tuesday, 25 July, 2006   09:40:35 AM
Clerk, U.S. District Court, ILCD

# MANIAS DETECTIVE AGENCY

456 Fulton / Suite 166
Peoria, IL. 61602
Phone; 309-635-9900
Fax; 309-691-7304
E-Mail / maniasedec@aol.com
IL. License # 117-000877 & 115-001010

County: **PEORIA**     Case#: **05-1300**

Plaintiff: **CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS**     vs

Defendant: **ROBERT J. UNES D/B/A R.J. UNES CONSTRUCTION, INC**

## AFFIDAVIT OF SERVICE

I, EMANUEL E. MANIAS being duly sworn on oath state that I am a licensed or registered employee of a private detective agency, licensed by the state of Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of chapter 735, code of civil procedure section 5/2-202 Illinois compiled statues, to serve process. I affected the service as follows:

- [x] **PERSONAL:** By leaving a copy of the attached document with each individual defendant, personally.

- [ ] **ABODE:** By Leaving a copy of the listed document at the usual place of abode of each individual defendant with some person of his family or a person residing there, of the age of 13 years or upwards. Informing that person of the contents and also by sending a copy of the summons in a sealed envelope, with the postage fully pre-paid, addressed to the defendant at his/her usual place of abode.   **DATE MAILED:** _____

- [ ] **OTHER SERVICE:** _____

- [ ] **RETURNED UNEXECUTED:** _____

### DOCUMENTS SERVED

- [ ] Summons
- [ ] Complaint
- [ ] Subpoena
- [ ] Notice of Hearing
- [ ] Rule to Show Cause
- [x] Citation to Discover Assets
- [ ] Wage Deduction Summons
- [ ] Affidavit for Wage Deduction Order
- [ ] Wage Deduction Notice
- [ ] Complaint for Foreclosure
- [ ] Citation to Discover Assets to Third Party
- [ ] Forcible Detainer
- [ ] Petition for Guardianship
- [ ] Petition for Dissolution of Marriage

**Defendant Name:** ROBERT J. UNES D/B/A R.J. UNES CONST INC     **Person Served:** ROBERT J. UNES

**Sex:** W     **Race:** M     **Age:** 55     **Height:** 6'0     **Weight:** 210

**Place of Service:** 13722 W. JUBILEE RD     **City:** PRINCEVILLE     **State:** Illinois

**Date Served:** 7-18-06     **Time of Service:** 9:10 P.M.

*Emanuel E. Manias*
Signature of Process Server

Subscribed and Sworn before me this **18** day of **JULY** 2006

Notary Public: _(signature)_

**PROCESS SERVICE FEE:**
SERVICE:   $ 30.00
LOCATE:    $ —
MILEAGE:   $ 20.00
OTHER:     $ —
**TOTAL FEES:** $ 50.00

OFFICIAL SEAL
TERRI A. McCARTHY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 3-06-2010