E-FILED
Wednesday, 31 January, 2007 10:18:26 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 05-1300 |
| | ) | |
| ROBERT J. UNES d/b/a R.J. UNES CONSTRUCTION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## PETITION FOR RULE TO SHOW CAUSE

**Now Comes** the Plaintiff, **Carpenters Fringe Benefit Funds of Illinois**, by its attorney, DAVID W. STUCKEL, and petitions the Court to enter an Order to Show Cause directed to Defendant, **Robert J. Unes**, and in support thereof states as follows:

1.     On October 5, 2005, Plaintiff filed with the Court a Complaint and Summons against the Defendant.

2.     On February 6, 2006, Judgment was entered in favor of the Plaintiff and against the Defendant

3.     The Defendant has failed to satisfy the judgment.

4.     By return of service made by a duly authorized agent of Manias Detective Agency, a Citation to Discover Assets was served upon Defendant, Robert J. Unes, on July 18, 2006, a copy of which is attached hereto as Exhibit "A". Mr. Unes failed to appear at said Citation hearing. The Citation hearing was continued, by the Court, to January 26, 2007. A letter was mailed by counsel via Regular U.S. Mail, postage prepaid, on December 5, 2006,

advising Mr. Unes of the continuance and new hearing date.

     5.    Robert J. Unes failed to appear at the citation hearing on January 26, 2007.

     **Wherefore**, Plaintiff, **Carpenters Fringe Benefit Funds of Illinois**, prays this Court enter an Order directing, Defendant, **Robert J. Unes**, to appear on a date certain and show why he should not be held in contempt of this Court for his failure to comply with this Court's Order.

     **Carpenters Fringe Benefit Funds of Illinois**, Plaintiff

     By:   s/ David W. Stuckel                 
            David W. Stuckel

**HARVEY & STUCKEL, CHTD.**
331 Fulton Street, Suite 650
Peoria, Illinois 61602
Telephone: (309) 671-4900

10049L

**E-FILED**
Tuesday, 25 July, 2006 09:40:35 AM
Clerk, U.S. District Court, ILCD

## MANIAS DETECTIVE AGENCY

456 Fulton / Suite 166
Peoria, IL. 61602
Phone; 309-635-9900
Fax; 309-691-7304
E-Mail / maniasedec@aol.com
IL. License # 117-000877 & 115-001010

County: _PEORIA_    Case#: _05-1300_

_CARPENTERS FRINGE BENEFIT FUNDS_ OF
Plaintiff          VS    _ILLINOIS_

_ROBERT J. UNES D/B/A R.J. UNES_
Defendant    _CONSTRUCTION, INC_

### AFFIDAVIT OF SERVICE

I, EMANUEL E. MANIAS being duly sworn on oath state that I am a licensed or registered employee of a private detective agency, licensed by the state of Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of chapter 735, code of civil procedure section 5/2-202 Illinois compiled statues, to serve process. I affected the service as follows:

☒ **PERSONAL:** By leaving a copy of the attached document with each individual defendant, personally.

☐ **ABODE:** By Leaving a copy of the listed document at the usual place of abode of each individual defendant with some person of his family or a person residing there, of the age of 13 years or upwards. Informing that person of the contents and also by sending a copy of the summons in a sealed envelope, with the postage fully pre-paid, addressed to the defendant at his/her usual place of abode. **DATE MAILED:**_____

☐ **OTHER SERVICE:** _____

☐ **RETURNED UNEXECUTED:** _____

#### DOCUMENTS SERVED

| | | |
|---|---|---|
| ☐ Summons | ☒ Citation to Discover Assets | ☐ Citation to Discover Assets to Third Party |
| ☐ Complaint | ☐ Wage Deduction Summons | ☐ Forcible Detainer |
| ☐ Subpoena | ☐ Affidavit for Wage Deduction Order | ☐ Petition for Guardianship |
| ☐ Notice of Hearing | ☐ Wage Deduction Notice | ☐ Petition for Dissolution of Marriage |
| ☐ Rule to Show Cause | ☐ Complaint for Foreclosure | ☐ |

Defendant Name: _ROBERT J. UNES D/B/A R.J. UNES CONST INC_ Person Served: _ROBERT J. UNES_

Sex: _W_  Race: _M_  Age: _55_  Height: _6 0_  Weight: _210_

Place of Service: _13722 W. JUBILEE RD_  City: _PRINCEVILLE_  State: Illinois

Date Served: _7-18-06_  Time of Service: _9:10 P.M_

_Emanuel E. Manias_
Signature of Process Server

**PROCESS SERVICE FEE:**
SERVICE: $ _30.00_
LOCATE: $ _-_
MILEAGE: $ _20.00_
OTHER: $ _-_
**TOTAL FEES:** $ _50.00_

Subscribed and Sworn before me this _18_ day of _JULY_ 2006

Notary Public: _Terri McCarthy_

**EXHIBIT**
_A_

OFFICIAL SEAL
TERRI A. MCCARTHY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 3-06-2010

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

|  |  |  |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CASE NO.:  05-1300 |
| ROBERT J. UNES d/b/a R.J. UNES CONSTRUCTION, INC., | ) ) ) | |
| Defendant. | ) ) | |

### CITATION TO DISCOVER ASSETS

**TO:   Robert J. Unes d/b/a R.J. Unes Construction, Inc., 8010 N. Sommer Street, Peoria, IL 61615**

**YOU ARE COMMANDED** to appear before the Honorable John Gorman, at U.S. District Court, Courtroom C, Federal Building, 100 N.E. Monroe, Peoria, Illinois, at **1:30 p.m. on Tuesday, August 29, 2006,** to be examined under oath concerning the property or income of Robert J. Unes d/b/a R.J. Unes Construction, Inc., or indebtedness due Judgment Creditor/Plaintiff.   Judgment was entered on February 6, 2006.   $14,163.07 remains unsatisfied.

**YOU ARE COMMANDED** to produce at the examination the following:

Those documents listed on the attached sheet and all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness due Judgment Debtor/Defendant.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the Judgment Debtor/Defendant or to which he may be entitled or which may be acquired by or becomes due to him, until the further order of court or termination of the proceedings.  You are not required to withhold the payment of any money beyond double the amount of the judgment.

**YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT OR TO A JUDGMENT FOR THE AMOUNT UNPAID.**

WITNESS,_____July    13_____, 2006

_____John   M.   Waters_____
Clerk, United States District Court

By_____S. Manuel_____
        (Deputy)

David W. Stuckel, Esq.
**HARVEY & STUCKEL, CHTD.**
331 Fulton Street, Suite 650
Peoria, Illinois  61602
Telephone: (309) 671-4900

254

Carpenters Fringe Benefit Funds of Illinois v. Robert J. Unes d/b/a R.J. Unes
Construction, Inc.
Page 2
USDC No.: 05-1300

## RIDER TO CITATION TO DISCOVER ASSETS

**YOU ARE COMMANDED** to produce at the examination the following:

1. Federal and State income tax returns filed in 2004, 2005 and 2006 for Robert J. Unes.

2. A list of all amounts owed to Robert J. Unes or R.J. Unes Construction, Inc. by anyone, including contracts or work in progress.

3. A list of all real estate owned in whole or in part by Robert J. Unes or R.J. Unes Construction, Inc., including the legal description of each such piece of real estate.

4. A copy of any loan application Robert J. Unes or R.J. Unes Construction, Inc. has filed with any bank, credit institution or other lender within 24 months prior to the date of this Citation to Discover Assets.

5. A list of all places in which Robert J. Unes or R.J. Unes Construction, Inc. maintains any bank account, including for each such one the account number, any brokerage account, including for each such one any account number or any identifying designation.

6. The name and address of any person who performs accounting, financial record keeping, or tax preparation for Robert J. Unes or R.J. Unes Construction, Inc.