## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.:  05-1300 |
| | ) | |
| ROBERT J. UNES d/b/a R.J. UNES CONSTRUCTION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER TO SHOW CAUSE

**This Matter** coming to be heard upon a Petition for Rule to Show Cause by the Plaintiff, **Carpenters Fringe Benefit Funds of Illinois**, and it appearing to the Court that Defendant, **Robert J. Unes**, failed to appear as ordered for a Citation to Discover Assets hearing on January 26, 2007.

**IT IS HEREBY ORDERED AS FOLLOWS:**

**Robert J. Unes** is hereby ordered to appear before this Court at **100 N. E. Monroe, Courtroom C, Federal Building, Peoria, Illinois, on the 8th day March, 2007, at 11:00 a.m.** to show cause why he should not be held in contempt of Court for failure to appear on a Citation to Discover Assets.


ENTERED: _____    _____
                                                    JUDGE