**FILED**

JAN 31 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

05-1300

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Helen Unes*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  *Helen Unes*   C. Date of Delivery  1-30-7 |
| 1. Article Addressed to:<br>Robert Unes<br>13722 W. Jubilee Rd<br>Princeville, IL 61559 | D. Is delivery address different from item 1? ☑ Yes<br>If YES, enter delivery address below: ☐ No<br>13722 W Brimfield Jubilee |
| 05-1300 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 0860 0004 7294 7125 |
| PS Form 3811, February ... | Domestic Return Receipt  102595-02-M-1540 |