E-FILED
Monday, 12 March, 2007  03:47:06 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROBERT J. UNES d/b/a R.J. UNES CONSTRUCTION, INC., )<br>)<br>Defendant. ) | CASE NO.:  05-1300 |

# ORDER TO SHOW CAUSE

**This Matter** coming to be heard upon a Petition for Rule to Show Cause by the Plaintiff, **Carpenters Fringe Benefit Funds of Illinois**, and it appearing to the Court that Defendant, **Robert J. Unes**, failed to appear as ordered for a Citation to Discover Assets hearing on January 26, 2007.

**IT IS HEREBY ORDERED AS FOLLOWS:**

**Robert J. Unes** is hereby ordered to appear before this Court at **100 N. E. Monroe, Courtroom C, Federal Building, Peoria, Illinois, on the 29th day March, 2007, at 10:00 a.m.** to show cause why he should not be held in contempt of Court for failure to appear on a Citation to Discover Assets.

ENTERED: _____        _____
                                                                  JUDGE

F:\Tammy\ERISA\16049L\05-1300\Order.Show.Cause.CDA.HRG.CONT'D.wpd