E-FILED
Wednesday, 28 March, 2007  02:48:29 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CASE NO.: 05-1300 |
| ROBERT J. UNES d/b/a R.J. UNES CONSTRUCTION, INC., ) ) ) | |
| Defendant. ) | |

## ORDER TO SHOW CAUSE

**This Matter** coming to be heard upon a Petition for Rule to Show Cause by the Plaintiff, **Carpenters Fringe Benefit Funds of Illinois**, and it appearing to the Court that Defendant, **Robert J. Unes**, failed to appear as ordered for a Citation to Discover Assets hearing on January 26, 2007.

**IT IS HEREBY ORDERED AS FOLLOWS:**

**Robert J. Unes** is hereby ordered to appear before this Court at **100 N. E. Monroe, Courtroom C, Federal Building, Peoria, Illinois, on the  2nd  day of May, 2007, at 10:00 a.m.** to show cause why he should not be held in contempt of Court for failure to appear on a Citation to Discover Assets.

ENTERED: _____     _____
                                                                JUDGE

F:\Tammy\ERISA\16049L\05-1300\Order.Show.Cause.CDA.HRG.Cont'd.2.wpd