**MANIAS DETECTIVE AGENCY**
456 Fulton / Suite 166
Peoria, IL. 61602
Phone: 309-635-9900
Fax: 309-691-7304
E-Mail / maniasedec@aol.com
IL. License # 117-000877 & 115-001010

County: Peoria    Case#: 05-1300

E-FILED
Wednesday, 18 April, 2007  09:57:40 AM
Clerk, U.S. District Court, ILCD

Plaintiff: Carpenters Fringe Benefits Fund of Illinois

VS

Defendant: Robert J. Unes d/b/a R.J. Unes Construction Inc.

## AFFIDAVIT OF SERVICE

I, **EMANUEL E. MANIAS** being duly sworn on oath state that I am a licensed or registered employee of a private detective agency, licensed by the state of Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of chapter 735, code of civil procedure section 5/2-202 Illinois compiled statues, to serve process. I affected the service as follows:

[X] **PERSONAL:** By leaving a copy of the attached document with each individual defendant, personally.

[ ] **ABODE:** By Leaving a copy of the listed document at the usual place of abode of each individual defendant with some person of his family or a person residing there, of the age of 13 years or upwards. Informing that person of the contents and also by sending a copy of the summons in a sealed envelope, with the postage fully pre-paid, addressed to the defendant at his/her usual place of abode.    DATE MAILED: _____

[ ] **OTHER SERVICE:** _____

[ ] **RETURNED UNEXECUTED:** _____

### DOCUMENTS SERVED

| | | |
|---|---|---|
| [ ] Summons | [ ] Citation to Discover Assets | [ ] Citation to Discover Assets to Third Party |
| [ ] Complaint | [ ] Wage Deduction Summons | [ ] Forcible Detainer |
| [ ] Subpoena | [ ] Affidavit for Wage Deduction Order | [ ] Petition for Guardianship |
| [ ] Notice of Hearing | [ ] Wage Deduction Notice | [ ] Petition for Dissolution of Marriage |
| [X] Rule to Show Cause | [ ] Complaint for Foreclosure | [ ] Garnishee Non-Wages |
| [X] Order to Show Cause | [ ] Petition for Rule to Show Cause | [ ] |

Defendant Name: Robert Unes    Person Served: Robert Unes

Sex: M    Race: W    Age: 55    Height: 6'0    Weight: 210

Place of Service: 13722 Jubilee Rd.    City: Princeville    State: Illinois

Date Served: 4-10-07    Time of Service: 9:00 pm

*Emanuel E. Manias*
Signature of Process Server

Subscribed and Sworn before me this 11 day of April 2007

Notary Public: *Terri McCarthy*

**PROCESS SERVICE FEE:**
SERVICE: $30.00
LOCATE: $
MILEAGE: $20.00
OTHER: $
**TOTAL FEES:** $50.00

OFFICIAL SEAL
TERRI A. McCARTHY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 3-06-2010